UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 1:17-cr-66-HSM-SKL |
| v. | ) | |
| | ) | |
| TERRELL D. JACKSON | ) | |

# O R D E R

Magistrate Judge Susan K. Lee filed a report and recommendation recommending the Court:
(1) grant Defendant's motion to withdraw his not guilty plea to Count One of the one-count
Indictment; (2) accept Defendant's plea of guilty to Count One of the Indictment; (3) adjudicate
Defendant guilty of the charges set forth in Count One of the Indictment; (4) defer a decision on
whether to accept the plea agreement until sentencing; and (5) find Defendant shall remain in
custody until sentencing in this matter [Doc. 23].  Neither party filed a timely objection to the
report and recommendation.  After reviewing the record, the Court agrees with the magistrate
judge's report and recommendation.  Accordingly, the Court **ACCEPTS** and **ADOPTS** the
magistrate judge's report and recommendation [Doc. 23] pursuant to 28 U.S.C. § 636(b)(1) and
**ORDERS** as follows:

(1)     Defendant's motion to withdraw his not guilty plea to Count One of the Indictment
        is **GRANTED**;

(2)     Defendant's plea of guilty to Count One of the Indictment is **ACCEPTED**;

(3)     Defendant is hereby **ADJUDGED** guilty of the charges set forth in Count One of the
        Indictment;

(4)     A decision on whether to accept the plea agreement is **DEFERRED** until sentencing;
        and

(5)     Defendant **SHALL REMAIN** in custody until sentencing in this matter which is

        scheduled to take place on **January 22, 2018 at 9:00 a.m. [EASTERN]** before the

        Honorable Harry S. Mattice, Jr.

**SO ORDERED.**

**ENTER:**


_____*/s/ Harry S. Mattice, Jr.*_____
HARRY S. MATTICE, JR.
UNITED STATES DISTRICT JUDGE